UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-CV-02899-VBF-SHK | Date: | June 6, 2022 |
| Title: | *Donna Williamson-Bess v. U.S.P.S., et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On April 27, 2022, the Court received a Complaint ("Complaint" or "Compl.") filed by pro se Plaintiff Donna Williamson-Bess ("Plaintiff").  Electronic Case Filing Number ("ECF No.") 1, Compl. at 1.  The same day, the Court received Plaintiff's application to proceed in forma pauperis ("IFP Application" or "IFP App.").  ECF No. 2, IFP App.  On May 9, 2022, the Court granted Plaintiff's IFP Application.  ECF No. 4, Order Granting IFP App. at 1.

Here, it appears that Plaintiff, who is proceeding pro se, may be represented by another party, in violation of Local Rule of Civil Procedure for the United States District Court for the Central District of California ("Local Rule" or "L.R.") 83-2.2.1, because the person who signed the Complaint—"Deborah Williamson-Bess"—has a different name than the Plaintiff in this case, which is "Donna Williamson-Bess[.]"[1]  See L.R. 83-2.2.1 ("Any person representing himself or herself in a case without an attorney must appear pro se for such purpose.  That representation may not be delegated to any other person – even a spouse, relative, or co-party in the case."); see also ECF No. 1, Compl. at 1, 16 (Plaintiff listed in the caption of the Complaint as "Donna Williamson-Bess[,]" but the person who signed the Complaint was "Deborah Williamson-Bess[.]" (capitalization normalized)).

---

[1] The Court also notes that Plaintiff is inconsistently referred to throughout the Complaint and other supporting documentation filed with the Court.  See, e.g., ECF No. 1, Compl. at 19 (listing complainant's name as "Williamson, Debra") (emphasis added).

  Consequently, because it appears that "Deborah Williamson-Bess" filed the Complaint on behalf of "Donna Williamson-Bess[,]" Plaintiff Donna Williamson-Bess appears to be improperly delegating her pro se representation of herself to another person in violation of Local Rule 83-2.2.1.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."), overruled in part on other grounds by Lacey v. Maricopa County, 693 F.3d 896 (9th Cir. 2012) (en banc)).

  As such, Plaintiff is ORDERED TO SHOW CAUSE, in writing, within **twenty-one days** of this Order issuing, why this case should not be dismissed for failure to follow Local Rule 83-2.2.1.  Plaintiff is cautioned that failing to timely respond by the above stated deadline **may result in a recommendation that this action be dismissed for failure to prosecute, comply with a Court order, or for violation of Local Rule 83-2.2.1.**

  **IT IS SO ORDERED.**