UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILLIAMSON-BESS,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S.P.S., et al.,<br><br>                Defendants. | Case No. 2:22-cv-02899-VBF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Amended Report and Recommendation of the United States Magistrate Judge to Dismiss All Federal Causes of Action With Prejudice, Decline To Exercise Supplemental Jurisdictoin Over Any State Law Claims, And Dismiss The Case Without Prejudice ("Amended Report").  The Court has engaged in <u>de</u> <u>novo</u> review of those portions of the Amended Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that all Plaintiff's federal claims are DISMISSED with prejudice, all Plaintiff's state law claims are DISMISSED

without prejudice, and that Judgment be entered DISMISSING the case without prejudice.

Dated: August 26, 2024         /s/ Valerie Baker Fairbank
                               _____
                               HON. VALERIE BAKER FAIRBANK
                               United States District Judge