JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILLIAMSON-BESS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S.P.S., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-02899-VBF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the federal causes of action are DISMISSED with prejudice and the remaining claims are DISMISSED without prejudice.

Dated:　August 26, 2024　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　United States District Judge